## COOPER v. STATE.
### No. 25287.

Court of Criminal Appeals of Texas.
April 25, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Possessing whisky with no tax stamp affixed is the offense. Upon his plea of guilty before the court, appellant was assessed a fine of $100.

No bills of exception and no statement of facts accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.